```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

JEFFREY A. MYERS                                              PLAINTIFF

          v.            Civil No. 10-2067

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                DEFENDANT

## J U D G M E N T

Now on this 23rd day of May 2011, comes for consideration the Report and Recommendation dated April 29, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Plaintiff failed to file timely objections to the Report and Recommendation.  The court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the court hereby adopts the Report and Recommendation and dismisses Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE